Case No. EDCV18-02474-JAK (KKx)            Date: **June 06, 2019**

Title: Christine Anderson v. RSCR California Inc., et al.

## DOCKET ENTRY

PRESENT: **HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):      ATTORNEYS PRESENT FOR DEFENDANT(S):
    None                                                 None

## PROCEEDINGS:      (IN CHAMBERS)

The Court is in receipt of the Parties' Stipulated Protective Order. Dkt. 47. Based on the Parties' stipulation and good cause appearing, the Court hereby ENTERS the Protective Order as forth in Dkt. 47.