**HAWKINS PARNELL & YOUNG, LLP**
Phil J. Montoya, Jr. (SBN 124085)
pmontoya@hpylaw.com
445 South Figueroa Street, Suite 3200
Los Angeles, CA 90071-1651
Telephone: (213) 486-8000
Facsimile: (213) 486-8080
Ronald G. Polly, Jr. (*admitted pro hac vice*)
Georgia Bar No. 583264
rpolly@hpylaw.com
Matthew A. Boyd (*admitted pro hac vice*)
Georgia Bar No. 027645
mboyd@hpylaw.com
303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308
Telephone:  (404) 614-7400
Facsimile:   (404) 614-7500

*Attorneys for Defendants RSCR California, Inc. and Res-care California, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE ANDERSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff<br><br>v.<br><br>RSCR CALIFORNIA, INC., a Delaware corporation; RES-CARE CALIFORNIA, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS RCCA SERVICES, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No.: 5:18-cv-02474-JAK-KK<br><br>**CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]** |

///

1

**CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES**

11185576v.1

1  Defendants RSCR California, Inc. and Res-Care California, Inc.
2  ("Defendants"), with the consent of Plaintiff Christine Anderson ("Plaintiff"),
3  respectfully request permission to file an opposition to Plaintiff's Motion for Class
4  Certification [Dkt. 73] which exceeds the page limitations set forth in L.R. 11-6 and
5  this Court's Standing Orders based on the following:

6  Plaintiff is seeking to certify a class and four subclasses in this action. *See* [Dkt.
7  73-1]. In support of her Motion, she has submitted two expert reports. *See* [Dkt. 73-2].
8  In preparing their response, Defendants are unable to adequately address all class
9  action requisites for each proposed subclass under Fed. R. Civ. P. 23 and L.R. 23-2.2
10 within the twenty-five (25) page limitation for memoranda under L.R. 11-6.
11 Defendants respectfully request leave to exceed this limitation by twenty-five (25)
12 pages, so they can adequately respond to all arguments raised in Plaintiff's Motion.
13 Plaintiff has consented to this request.

14 Plaintiff respectfully requests leave to exceed the page limitation for her reply
15 brief by fifteen (15) pages, so she can adequately respond to all arguments raised in
16 Defendants' opposition brief.  Defendants have consented to this request.

17 A proposed order is filed concurrently herewith.

18 This 16th day of June, 2020.

19
20
21
22
23
24  *Signatures on following page*
25
26
27
28

2
**CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES**

11185576v.1

**CONSENTED TO BY:**

**HAWKINS PARNELL & YOUNG, LLP**

*/s/ Phil J. Montoya, Jr.*
Ronald G. Polly, Jr.
Matthew A. Boyd
Phil J. Montoya, Jr.

*Attorneys for Defendants RSCR California, Inc. and Res-Care California, Inc.*

**CONSENTED TO BY:**

**CAPSTONE LAW APC**

*/s/ Melissa Grant*
Melissa Grant, Esq.
Bevin Allen Pike, Esq.
Orlando Villalba, Esq.

*Attorneys for Plaintiff Christine Anderson*

---

3

**CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES**

11185576v.1

# CERTIFICATE OF SERVICE

The undersigned counsel for *Defendants RSCR California, Inc. And Res-Care California, Inc.*, hereby certifies that a true and correct copy of the forgoing document was filed with the court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a notice of electronic filing for this case on this 16th day of June 2020.

/s/ Antonia Trinidad

Antonia Trinidad