FILED
CLERK, U.S. DISTRICT COURT

6/22/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ANDERSON, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RSCR CALIFORNIA, INC., a Delaware corporation; RES-CARE CALIFORNIA, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS RCCA SERVICES, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 5:18-cv-02474-JAK-KK<br><br>**ORDER RE CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES FOR RESPONSE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (DKT. 74)** |

　　Based on a review of Defendants' Consent Motion for Leave to File Excess Pages in Response to Plaintiff's Motion for Class Certification (the "Motion" (Dkt. 74)), certain good cause has been shown for some of the requested relief. Therefore, the Motion is **GRANTED IN PART** as follows:

1. Defendants are permitted to file an opposition brief to Plaintiff's Motion for Class Certification not to exceed forty (40) pages in length; and

2. Plaintiff may file a reply brief not to exceed twenty (20) pages in length.

Dated: June 22, 2020

_____
John A. Kronstadt
United States District Judge