UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ANDERSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RSCR CALIFORNIA, INC., a Delaware corporation; RES-CARE CALIFORNIA, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS RCCA SERVICES, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 5:18-cv-02474-JAK-KK<br><br>**ORDER RE JOINT STIPULATION TO REMAND TO THE SAN BERNARDINO COUNTY SUPERIOR COURT (DKT. 91)**<br><br>JS-6 |

Based on a review of the Joint Stipulation to Remand to the San Bernardino County Superior Court (the "Stipulation" (Dkt. 91)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The above-captioned civil action shall be remanded to the San Bernardino County Superior Court.

**IT IS SO ORDERED.**

Dated: March 1, 2021

John A. Kronstadt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28